USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/04/2014

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
CONOPCO INC. d/b/a UNILEVER,

                    Plaintiff,

        - against -                          14 Civ. 2223 (NRB)

WELLS ENTERPRISES INC.,

                    Defendant.
-----------------------------------X
```

O R D E R

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** plaintiff filed a motion to dismiss defendant's counterclaims on June 12, 2014; and

**WHEREAS** the Court did not schedule briefing or argument on plaintiff's motion, in order to conserve judicial resources while the parties attempted to settle; and

**WHEREAS** the parties have informed the Court that they have concluded their settlement discussions without reaching an agreement; and

**WHEREAS** plaintiff filed a superseding motion to dismiss on December 3, 2014; it is hereby

**ORDERED** that plaintiff's June 12 motion (ECF No. 16) is denied without prejudice; and it is further

**ORDERED** that the parties propose a schedule for the briefing of plaintiff's December 3 motion, with all briefing to be completed by February 2, 2015.

Dated:   New York, New York
         December  4, 2014

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

*Counsel for Plaintiff:*
Gregory P. Gulia, Esq.
Vanessa C. Hew, Esq.
Mitchell A. Frank, Esq.
Sarah Peyronnel, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

*Counsel for Defendant*
Edward H. Rosenthal, Esq.
Beth I. Goldman, Esq.
Frankfurt Kumit Klein & Selz PC
488 Madison Avenue, 10th Floor
New York, NY 10022

Natalie Hanlon-Leh, Esq.
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203