USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/21/2015

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| CONOPCO, INC. D/B/A UNILEVER, | Case No.: 1:14-cv-02223-NRB-RLE |
|---|---|
| Plaintiff, | ~~[PROPOSED]~~ |
| v. | ORDER GRANTING MOTION TO WITHDRAW *PRO HAC* VICE COUNSEL OF RECORD |
| WELLS ENTERPRISES, INC. | |
| Defendant. | |

Before the Court is Defendant Wells Enterprises, Inc.'s Motion to Withdraw *Pro Hac Vice* Counsel of Record Marc C. Levy and Kathryn A. Feiereisel. *Pro Hac Vice* counsel Marc C. Levy has declared that defendant Wells Enterprises, Inc., will continue to be represented by Natalie Hanlon Leh of Wilmer Cutler Pickering Hale and Dorr LLP and the law firm of Frankfurt Kurnit Klein & Selz, P.C.  Being advised of the premises the Court hereby **GRANTS** the motion.

**IT IS HEREBY ORDERED** that Marc C. Levy and Kathryn A. Feiereisel of the firm Faegre Baker Daniels LLP are withdrawn as counsel of record in the above captioned case in the United States District Court for the Southern District of New York.

Dated: *April 21, 2015*

_____
United States District/Magistrate Judge