UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOPCO, INC. D/B/A UNILEVER,<br><br>Plaintiff,<br><br>v.<br><br>WELLS ENTERPRISES, INC.,<br><br>Defendant.<br><br>WELLS ENTERPRISES, INC.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>CONOPCO, INC. D/B/A UNILEVER,<br><br>Counterclaim Defendant. | Case No.: 1:14-cv-02223-NRB-RLE<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 06/09/2015 |

## STIPULATION TO EXTEND TIME

Plaintiff-Counterclaim Defendant Conopco, Inc. d/b/a Unilever ("Unilever"), and Defendant-Counterclaim Plaintiff Wells Enterprises, Inc. ("Defendant") (hereinafter collectively, the "Parties"), stipulate and agree that all deadlines set forth in the Court's January 22, 2015 order (the "Order") shall be extended by 45 days, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Initial expert reports due** | June 5, 2015 | July 20, 2015 |
| **Rebuttal expert reports due** | July 10, 2015 | August 24, 2015 |
| **Close of all fact discovery** | August 14, 2015 | September 28, 2015 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Close of all expert discovery** | August 31, 2015 | October 15, 2015 |
| **Last day to file case dispositive motions** | September 14, 2015 | October 29, 2015 |

This stipulation is the parties' first request to extend the deadlines set forth in the Court's January 22, 2015 order. The requested extension is not being sought for the purpose of delay. The parties are currently engaged in settlement discussions. The parties have drafted and exchanged draft versions of a proposed settlement agreement and hope to amicably resolve this matter. Accordingly, the parties, by and through their attorneys of record, hereby stipulate and request that the aforementioned dates set forth in the Court's January 22, 2015 order be continued as set forth above. Accordingly, the Parties submit the enclosed proposed Revised Scheduling Order.

/s/ *Vanessa Hewley*
DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
E-mails: gpgulia@duanemorris.com
vchew@duanemorris.com

*Attorneys for Plaintiff/Counterclaim Defendant Conopco, Inc. d/b/a Unilever*

/s/ *Natalie Hanlon-Leh*
Natalie Hanlon-Leh (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1255 17th Street, Suite 1660
Denver, CO 80202
E-mail: natalie.hanlonleh@wilmerhale.com

Edward Rosenthal
Beth Ilana Goldman
Nicole Bergstrom
Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue
New York, NY 10022
Telephone: (212)-705-4817
Fax: (212)-593-9175
E-mails: erosenthal@fkks.com
bgoldman@fkks.com
nbergstrom@fkks.com
*Attorneys for Defendant/Counterclaim Plaintiff Wells Enterprises, Inc.*

**SO ORDERED:**

_____
**U.S.D.J.**
6/8/15