Duchwara,

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOPCO, INC. D/B/A UNILEVER,<br><br>Plaintiff,<br><br>v.<br><br>WELLS ENTERPRISES, INC.,<br><br>Defendant. | Case No.: 1:14-cv-02223-NRB-RLE<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 08/18/2015 |
| WELLS ENTERPRISES, INC.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>CONOPCO, INC. D/B/A UNILEVER,<br><br>Counterclaim Defendant. | |

## [PROPOSED] REVISED SCHEDULING ORDER

Further to the parties' stipulation to extend time, it is hereby ordered that all deadlines set forth in the Court's July 20, 2015 order shall be extended by 30 days, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Initial expert reports due** | August 20, 2015 | September 21, 2015 |
| **Rebuttal expert reports due** | September 24, 2015 | October 26, 2015 |
| **Close of all fact discovery** | October 28, 2015 | November 27, 2015 |
| **Close of all expert discovery** | November 16, 2015 | December 16, 2015 |
| **Last day to file case dispositive motions** | November 30, 2015 | December 30, 2015 |

**SO ORDERED**

Dated: August 17, 2015

Hon. Naomi Reice Buchwald

DM2\6052721.1

2