UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOPCO, INC. D/B/A UNILEVER,<br><br>Plaintiff,<br><br>v.<br><br>WELLS ENTERPRISES, INC.,<br><br>Defendant. | Case No.: 1:14-cv-02223-NRB-RLE |
| WELLS ENTERPRISES, INC.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>CONOPCO, INC. D/B/A UNILEVER,<br><br>Counterclaim Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 09/22/2015 |

### [PROPOSED] REVISED SCHEDULING ORDER

Further to the Parties' stipulation to extend time, it is hereby ordered that all deadlines set forth in the Court's August 18, 2015 order shall be extended by 30 days, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Initial expert reports due** | September 21, 2015 | October 21, 2015 |
| **Rebuttal expert reports due** | October 26, 2015 | November 25, 2015 |
| **Close of all fact discovery** | November 27, 2015 | December 28, 2015 |
| **Close of all expert discovery** | December 16, 2015 | January 15, 2016  *NRB* |
| **Last day to file case dispositive motions** | December 30, 2015 | January 29, 2016  *NRB* |

**SO ORDERED**

Dated: _September 21, 2015_

_Naomi Reice Buchwald_
Hon. Naomi Reice Buchwald

DM2\6142396.1