# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOPCO, INC. D/B/A UNILEVER,<br><br>Plaintiff,<br><br>v.<br><br>WELLS ENTERPRISES, INC.,<br><br>Defendant.<br><br>―――――――――――――――――<br>WELLS ENTERPRISES, INC.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>CONOPCO, INC. D/B/A UNILEVER,<br><br>Counterclaim Defendant. | Case No.: 1:14-cv-02223-NRB-RLE<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 09/22/2015 |

## STIPULATION TO EXTEND TIME

Plaintiff-Counterclaim Defendant Conopco, Inc. d/b/a Unilever ("Unilever"), and Defendant-Counterclaim Plaintiff Wells Enterprises, Inc. ("Defendant") (hereinafter collectively, the "Parties"), stipulate and agree that all deadlines set forth in the Court's August 18, 2015 order (the "Order") shall be extended by 30 days, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial expert reports due | September 21, 2015 | October 21, 2015 |
| Rebuttal expert reports due | October 26, 2015 | November 25, 2015 |
| Close of all fact discovery | November 27, 2015 | December 28, 2015 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of all expert discovery | December 16, 2015 | January 15, 2016 *NRB* |
| Last day to file case dispositive motions | December 30, 2015 | January 29, 2016 *NRB* |

This stipulation is the Parties' fourth request to extend the deadlines set forth in the case. Your Honor granted the Parties' previous requests to extend the case deadlines. The requested extension is not being sought for the purpose of delay, but so that the Parties can finalize the terms in their settlement agreement. Specifically, while the Parties have exchanged draft versions of a proposed settlement agreement, the parties require additional time to finalize a few of the terms in the agreement. Accordingly, the Parties, by and through their attorneys of record, hereby stipulate and request that the aforementioned dates set forth in the Court's August 18, 2015 order be continued as set forth above. The Parties submit the enclosed proposed Revised Scheduling Order.

*/s/ Vanessa Hew*
DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
E-mails: gpgulia@duanemorris.com
vchew@duanemorris.com

*Attorneys for Plaintiff-Counterclaim Defendant Conopco, Inc. d/b/a Unilever*

**SO ORDERED:**

*/s/ Naomi Reice Buchwald*
U.S.D.J.
9/21/15

*/s/ Natalie Hanlon-Leh*
Natalie Hanlon-Leh (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1255 17th Street, Suite 1660
Denver, CO 80202
E-mail: natalie.hanlonleh@wilmerhale.com

Edward Rosenthal
Beth Hana Goldman
Nicole Bergstrom
Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue
New York, NY 10022
Telephone: (212)-705-4817
Fax: (212)-593-9175
E-mails: erosenthal@fkks.com
bgoldman@fkks.com
nbergstrom@fkks.com

*Attorneys for Defendant-Counterclaim Plaintiff Wells Enterprises, Inc.*