UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOPCO, INC. D/B/A UNILEVER,<br><br>Plaintiff,<br><br>v<br><br>WELLS ENTERPRISES, INC.,<br><br>Defendant.<br><br>WELLS ENTERPRISES, INC.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>CONOPCO, INC. D/B/A UNILEVER,<br><br>Counterclaim Defendant. | Case No.: 1:14-cv-02223-NRB-RLE |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/15

## STIPULATION TO EXTEND TIME

Plaintiff-Counterclaim Defendant Conopco, Inc. d/b/a Unilever ("Unilever"), and Defendant-Counterclaim Plaintiff Wells Enterprises, Inc. ("Defendant") (hereinafter collectively, the "Parties"), stipulate and agree that all deadlines set forth in the Court's September 21, 2015 order (the "Order") shall be extended by 30 days, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial expert reports due | October 21, 2015 | November 20, 2015 |
| Rebuttal expert reports due | November 25, 2015 | December 25, 2015 |
| Close of all fact discovery | December 28, 2015 | January 27, 2016 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of all expert discovery | January 15, 2016 | February 16, 2016 |
| Last day to file case dispositive motions | January 29, 2016 | February 29, 2016 |

This stipulation is the Parties' fifth request to extend the deadlines set forth in the case. Your Honor granted the Parties' previous requests to extend the case deadlines. The requested extension is not being sought for the purpose of delay, but so that the Parties can finalize and execute their settlement agreement. Specifically, the Parties have reached an agreement as to the final terms of the settlement agreement and are now in the process of coordinating execution of the final agreement. Accordingly, the Parties, by and through their attorneys of record, hereby stipulate and request that the aforementioned dates set forth in the Court's September 21, 2015 order be continued as set forth above. The Parties submit the enclosed proposed Revised Scheduling Order.

DUANE MORRIS LLP
Gregory P Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
E-mails. gpgulia@duanemorris.com
vchew@duanemorris.com

*Attorneys for Plaintiff-Counterclaim Defendant Conopco, Inc. d/b/a Unilever*

SO ORDERED:

U.S.D.J.

Natalie Hanlon-Leh (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1255 17th Street, Suite 1660
Denver, CO 80202
E-mail: natalie.hanlonleh@wilmerhale.com

Edward Rosenthal
Beth Ilana Goldman
Nicole Bergstrom
Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue
New York, NY 10022
Telephone: (212)-705-4817
Fax: (212)-593-9175
E-mails: erosenthal@fkks.com
bgoldman@fkks.com
nbergstrom@fkks.com

*Attorneys for Defendant-Counterclaim Plaintiff Wells Enterprises, Inc.*