Buchwald, N

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOPCO, INC. D/B/A UNILEVER,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS ENTERPRISES, INC.,<br><br>    Defendant. | Case No.: 1:14-cv-02223-NRB-RLE |
| WELLS ENTERPRISES, INC.,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>CONOPCO, INC. D/B/A UNILEVER,<br><br>    Counterclaim Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 10/22/15 |

## [PROPOSED] REVISED SCHEDULING ORDER

Further to the Parties' stipulation to extend time, it is hereby ordered that all deadlines set forth in the Court's September 21, 2015 order shall be extended by 30 days, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial expert reports due | October 21, 2015 | November 20, 2015 |
| Rebuttal expert reports due | November 25, 2015 | December 25, 2015 |
| Close of all fact discovery | December 28, 2015 | January 27, 2016 |
| Close of all expert discovery | January 15, 2016 | February 16, 2016 |
| Last day to file case dispositive motions | January 29, 2016 | February 29, 2016 |

**SO ORDERED**

Dated: October 22, 2015

_____
Hon. Naomi Reice Buchwald

DM2\6251214.1