DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
CONOPCO, INC. d/b/a UNILEVER          :
                                       :
                                       :   Civil Action No. 14-cv-02223
   Plaintiff / Counterclaim Defendant, :
                                       :
        -against-                      :
                                       :
WELLS ENTERPRISES, INC.                :
                                       :
   Defendant / Counterclaim Plaintiff. :
                                       :
----------------------------------------------------------X

## NOTICE OF DISMISSAL

Plaintiff, Conopco, Inc. d/b/a Unilever, by its attorneys, Duane Morris LLP, hereby dismisses the above action, with prejudice and without costs against any party, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Defendant Wells Enterprises, Inc. by its attorneys, Wilmer Cutler Pickering Hale & Dorr LLP, hereby dismisses its counterclaims, with prejudice and without costs against any party, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

DUANE MORRIS LLP

By: _____
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

*Attorneys for Plaintiff /
Counterclaim Defendant*


WILMER CUTLER PICKERING
HALE & DORR LLP


By: _____
Natalie Hanlon Leh
1225 17th Street, Suite 1660
        Denver, Colorado 80202
Telephone: (720) 274-3160
Facsimile: (720) 274-3133

Attorneys for Defendant /
Counterclaim Plaintiff


SO ORDERED:

Dated:_____            _____
                                      United States District Judge Naomi Reice
                                      Buchwald

DUANE MORRIS LLP

By:_____
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

*Attorneys for Plaintiff /*
*Counterclaim Defendant*


WILMER CUTLER PICKERING
HALE & DORR LLP

By: *Natalie Hanlon Leh* (signature)
Natalie Hanlon Leh
1225 17th Street, Suite 1660
Denver, Colorado 80202
Telephone: (720) 274-3135
Facsimile: (720) 274-3133

*Attorneys for Defendant /*
*Counterclaim Plaintiff*


SO ORDERED:

Dated:_____

_____
United States District Judge Naomi Reice Buchwald

2